

# NUMBER 13-10-00152-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE EDUARDO CARRILLO

## On Petition for Writ of Mandamus.

## MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Benavides and Vela**
**Memorandum Opinion Per Curiam[1]**

Relator, Eduardo Carrillo, filed a petition for writ of mandamus in the above cause on March 30, 2010. On March 31, 2010, the Court entered an order requesting a response to be filed by the real party in interest, Elizabeth Carrillo. Subsequently, the real party in interest requested and received an extension of time to file her response, and such response was duly filed on April 22, 2010.

---

[1] *See* TEX. R. APP. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so."); TEX. R. APP. P. 47.4 (distinguishing opinions and memorandum opinions).

The Court, having examined and fully considered the petition for writ of mandamus and the response thereto, is of the opinion that relator has not shown himself entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

Delivered and filed the 29th
day of April, 2010.